IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| COREY TAYLOR,<br>     Plaintiff, | )<br>)<br>) |
| v. | )    Civil Action No. 3:22-cv-689<br>)    Judge Campbell/Frensley |
| EDWARD BYERS,<br>     Defendant. | )<br>)<br>) |

**ORDER**

Pending before the Court is a motion requesting teleconference/video conference with the Court filed by the pro se Plaintiff in this matter. Docket No. 41. Specifically, the Plaintiff asks for a "question and answer conference with the Magistrate Judge in this matter." *Id.* He requests the conference so that he "can receive the lawful answers he seeks to his questions." *Id.*

The Court speaks through its orders. To the extent that the Plaintiff or any other party has concerns or matters they need to bring to the Court's attention, the appropriate vehicle to do so is a motion. Plaintiff in this matter has filed several motions which the Court has addressed and will continue to address in due course. In the event the Court believes that a hearing is necessary on any of the motions, that hearing will be set by the Court.

For these reasons, Plaintiff's motion for conference with the Court (Docket No. 41) is **DENIED.**

**IT IS SO ORDERED.**

_____
**JEFFERY S. FRENSLEY**
**United States Magistrate Judge**